[No. 594-3.    Division Three.    April 10, 1973.]

MAX THOMPSON, *Claimant*, v. LYLE HANSON *et al.*, *Defendants*, ALPINE SHORES, INC., *Respondent*, D. S. MCHENRY *et al.*, *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 193256, Ralph P. Edgerton, J., entered February 24, 1972. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 738-2.    Division Two.    April 12, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID A. POLACEK, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 4575, Alan R. Hallowell, J., entered March 16, 1972. *Reversed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 614-3.    Division Three.    April 12, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. LLOYD LOGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 3244, Felix Rea, J., entered March 21, 1972. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 611-3.    Division Three.    April 13, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRENCE LEE WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 20435, George T. Shields, J., entered April 4, 1972. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.